IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES H. RUEHL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 4-75 |
| | ) |
| VIACOM, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 19th day of Oct., 2007 in accordance with the opinion from the Third Circuit Court of Appeals,

IT IS HEREBY ORDERED that Judgment is entered in favor of the defendant, VIACOM, INC, and against the Plaintiff, JAMES H. RUEHL.

Donetta W. Ambrose
Chief United States District Judge

cc:   All Counsel of Record